IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUL 1 4 2008

FILED
THERESA M. OWENS, CLERK
CASE#_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-CR-34-C-01 |
| v. ) | |
| ) | |
| PHILIP SCHUTH, ) | |
| ) | |
| Defendant, ) | |

ORDER TERMINATING OFFSET OF INMATE ACCOUNT

Upon the motion of the United States of America requesting termination of offsets to inmate's State of Wisconsin Department of Corrections inmate account in the above-entitled matter based on defendant's restitution being paid in full,

IT IS HEREBY ORDERED that the offsets be terminated and the State of Wisconsin Department of Corrections be released from any further obligation in this case.

Entered this __10th__ day of __July__, 2008.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge